**VELVA L. PRICE, District Clerk, Travis County Courthouse, Third Floor**

# RECEIPT AND EXECUTION OF MANDATE FROM
# THE COURT OF APPEALS
# BY THE CRIMINAL DISTRICT CLERK

Mr. Jeffrey D. Kyle, Clerk                                          January 08, 2015
Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, Texas 78711-2547

Criminal Division
P.O. Box 679004,
Austin, Texas, 78767

**FILED**

**January 12, 2015**

**Third Court of Appeals
Jeffrey D. Kyle
Clerk**

     Re:    No. **03-12-00544-CR**
              (Trial Court No.D-1-DC-11-302177)

     Styled: **WILLIE JAMES SAULS**
              vs.
              The State of Texas

Dear Mr. Kyle:

Pursuant to Texas Rule of Appellate Procedure 87(b)(1), I hereby forward my acknowledgment of the receipt and the execution of the mandate on **JANUARY 8, 2015** from the Court of Appeals in the above cause. The official execution of this mandate is recognized by the Travis County Sheriff whereas the capias after mandate, official notice of mandate, or transfer of inmate to proper authorities, has been executed and or is in the process of being executed hereby placing the defendant within the proper jurisdiction of the trial court.

                                Respectfully,

                                **VELVA L. PRICE**
                                District Clerk
                                Travis County, Texas

          By:                                     
                            Deputy,JESSICA CONTRERAS

                                              C23 - 000001008

**COUNTY OF TRAVIS**
**STATE OF TEXAS**

**VELVA L. PRICE**
**District Clerk**


January 08, 2015


Records Office
Box 99
Institutional Division
Texas Department of Criminal Justice
Huntsville, Texas 77340


      RE: D-1-DC-11-302177
         State Vs. **WILLIE JAMES SAULS**
Dear Sirs:


      You will find enclosed herewith a certified copy of the Mandate from the Court of Appeals which has been received and filed, and affirms the judgment of the trial court in the above referenced cause for which the defendant is incarcerated in your facility.


                    Respectfully,
                    **VELVA L. PRICE**
                    **District Clerk, Travis County, Texas**



        By:_____


Enclosures


C23 - 000001008
